**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SCAN HEALTH PLAN, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> BRADLEY JOSEPH LINA, et al. <br><br> Defendants. | CASE NO. CV 16-6257-MWF (JEMx) <br><br> The Honorable Michael W. Fitzgerald <br><br> **ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT BRADLEY JOSEPH LINA** |

Having considered Plaintiff SCAN Health Plan ("SCAN")'s Request for Voluntary Dismissal Without Prejudice of Claims Against Defendant Bradley Joseph Lina ("Lina") (the "Request for Voluntary Dismissal") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and good cause showing, **IT IS HEREBY ORDERED** as follows:

1. The Request for Voluntary Dismissal is **GRANTED**; and

2. Any and all claims by SCAN against Lina in the above-captioned action (the "Action") are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: January 3, 2022

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE